IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARLA HILL                                                           PLAINTIFF
*On Behalf Of*
A MINOR CHILD, J.R.H.

vs.                            Civil No. 1:11-cv-01061

MICHAEL J. ASTRUE                                    DEFENDANT
Commissioner, Social Security Administration

**J U D G M E N T**

For reasons stated in a memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED this 6th day of November 2012.**

                                                                   /s/  Barry A. Bryant
                                                                   HON. BARRY A. BRYANT
                                                                   U. S. MAGISTRATE JUDGE